UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAYMOND GONZALEZ,

                Plaintiff,

    -against-                                    9:10-CV-0312 (LEK/DEP)

DR. DONALD SAWYER; *et al.*,

                Defendants.

## ORDER

This matter comes before the Court following a Report-Recommendation filed on February 27, 2013, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d). Dkt. No. 61 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006).

No objections to the Report-Recommendation were filed in the allotted time period. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 61) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 45) for summary judgment is **GRANTED in part** and **DENIED in part** consistent with this Order; and it is further

**ORDERED**, that Plaintiff's access-to-courts claim against Defendants Sawyer and Hanna is **DISMISSED**; and it is further

**ORDERED**, that Plaintiff's claims against Defendants Sawyer and Hanna arising from their petitions to the New York State Supreme Court to have Plaintiff transferred and involuntarily medicated are **DISMISSED**; and it is further

**ORDERED**, that Plaintiff's excessive force claim against Defendant Harmon is **DISMISSED**; and it is further

**ORDERED**, that Plaintiff's excessive force claims against Defendants Nicotera and Nitti **SURVIVE** Defendants' Motion (Dkt. No. 45) for summary judgment; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   March 21, 2013
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge